**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JERRAMY REED, | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-201 |
| | § | |
| SGT. MANNING, *et al.*, | § | |
| Defendants. | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Jerramy Reed, an inmate confined at the Estelle Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action without prejudice for want of prosecution based on plaintiff's failure to file an amended complaint as ordered. To date, the parties have not filed objections to the report.[1]

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation. The dismissal of this action is without prejudice to plaintiff's ability to

[1] On June 8, 2026, however, plaintiff filed a motion for extension of time to file objections. The time requested in the motion has passed with no objections filed. Plaintiff's motion for extension of time is denied as moot.

reinstate the above-styled action on the court's active docket by filing a motion to reinstate within thirty (30) days from the date set forth below.

SIGNED at Beaumont, Texas, this 2nd day of October, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE